PARR BROWN GEE & LOVELESS P.C.
101 SOUTH 200 EAST, SUITE 700
Salt Lake City, UT 84111

Atty File #: 2:25-cv-00049-CMR
Job ID #: 581172

# IN THE UNITED STATES DISTRICT COURT, COUNTY OF , STATE OF UTAH

| | |
|---|---|
| Plaintiff/Petitioner: MICHAEL ROBERT TILLEMAN, an individual,<br>vs.<br>Defendant/Respondent: JODI HILDEBRANDT, an individual, RUBY FRANKE, an individual, CONNEXIONS CLASSROOM, LLC, a Utah limited liability company, MICHAL WASHBURN, an individual, and DOES I-X, individuals | **DECLARATION OF SERVICE**<br>Case No: 2:25-cv-00049-CMR |

Legal documents received by COURT OPS on the January 22, 2025 to be served on:

**Ruby Franke- Offender Number: 262747**
1480 NORTH 8000 WEST- UTAH STATE CORRECTIONAL FACILITY SALT LAKE CITY, UT 84116

I, **Allan Arauz**, being duly sworn, swear and affirm that on the **January 22, 2025** at **04:03 PM**, I did the following:

**SERVED:** by delivering a true copy of this **SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND** to: **SHELBIE REYNOSO, OS2** at the address of: **1480 NORTH 8000 WEST- UTAH STATE CORRECTIONAL FACILITY SALT LAKE CITY, UT 84116** who is a person who has the care, custody, or control of the individual.

**Supplemental Data Appropriate to this Service:**

**1480 NORTH 8000 WEST- UTAH STATE CORRECTIONAL FACILITY SALT LAKE CITY, UT 84116**

**Description of the person served:**

Gender: Female,  Race/Skin Color: White,  Hair Color: Red,  Approx. Age: 25,  Approx. Height: 5' 6",  Approx. Weight: 140

I HEREBY CERTIFY that I am 18 years of age or older, a resident of the State of Utah, and have no interest in the above legal matter. I further certify that at the time of service of the said article(s), I endorsed my name and official title and added the date thereto. I declare under criminal penalty of the State of Utah that the foregoing is true and correct. (Utah State Code: 78B-18a. Unsworn Declaration in Lieu of Affidavit)

Service Fee: **$112.20**

Allan Arauz
COURT OPS
5693 S Redwood Rd, Ste 13
Taylorsville, UT 84123
(801) 261-9000

**COURT OPS**




AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

|  |  |  |
|---|---|---|
| MICHAEL ROBERT TILLEMAN, an individual | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   2:25-cv-00049-CMR |
| JODI HILDEBRANDT, an individual, RUBY FRANKE, an individual, CONNEXIONS CLASSROOM, LLC, a Utah limited liability company, MICHAL WASHBURN, an individual, and DOES I-X, individuals | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ruby Franke
Utah State Correctional Facility
1480 North 8000 West, Salt Lake City, Utah 84116
Offender Number: 262747
Housing Facility: USCF D

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan O. Hafen (jhafen@parrbrown.com)          LaShel Shaw (lshaw@zbappeals.com)
Victoria R. Luman (vluman@parrbrown.com)          Caroline A. Olsen (colsen@zbappeals.com)
Daniel J. Nelson (dnelson@parrbrown.com)           Zimmerman Booher - Felt Building
Parr Brown Gee & Loveless                                      341 South Main Street
101 South 200 East, Suite 700                                 Salt Lake City, Utah 84111
Salt Lake City, Utah 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:  1/22/2025

*Signature of Clerk or Deputy Clerk*