# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MICHAEL ROBERT TILLEMAN**, an individual,<br>　　　　　　　Plaintiff,<br>vs.<br>**JODI HILDEBRANDT**, an individual, **RUBY FRANKE**, an individual, **CONNEXIONS CLASSROOM, LLC**, a Utah limited liability company, **MICHAL WASHBURN**, an individual, and **DOES I-X**, individuals,<br>　　　　　　　Defendants. | **ORDER GRANTING [17] MOTION FOR EXTENSION OF TIME**<br><br>Case No: 2:25-cv-00049-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is pro se Defendant Ruby Franke's (Defendant) Motion for Extension of Time to File Answer (Motion) (ECF 17) to Complaint (ECF 1). Defendant requests additional time to respond to the Complaint due to delays in service "by prison procedure" (ECF 17 at 1). For the reasons stated in the Motion and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the deadline for Defendant to respond to the Complaint is extended by twenty-one (21) days. Defendant shall file an Answer to the Complaint no later than than March 5, 2025.

DATED this 12 February 2025.

　　　　　　　　　　　　　　　　　　　*/s/ Cecilia M. Romero*
　　　　　　　　　　　　　　　　　　　Magistrate Judge Cecilia M. Romero
　　　　　　　　　　　　　　　　　　　United States District Court for the District of Utah