RICHARD A. VAN WAGONER (9128)
R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
**SPENCER FANE LLP**
10 Exchange Place, Suite 1100
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
rvanwagoner@spencerfane.com
rsyoung@spencerfane.com
mbowen@spencerfane.com
*Attorneys for Defendant Michal Washburn*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ROBERT TILLEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JODI HILDEBRANDT, an individual, RUBY FRANKE, an individual, CONNEXIONS CLASSROOM, LLC, a Utah limited liability company, MICHAL WASHBURN, an individual, and DOES I-X, individuals,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MICHAL WASHBURN TO RESPOND TO THE COMPLAINT**<br><br>Case No. 2:25-cv-00049-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Michal Washburn ("Defendant") and Plaintiff Michael Robert Tilleman ("Plaintiff"; collectively with Defendant, the "Parties"), by and through their respective counsel, hereby stipulate and jointly move for an extension of time until and including March 28, 2025, for Defendant to respond to Plaintiff's

Complaint. The additional time is needed to enable Defendant's legal counsel, who were recently retained and have other previously scheduled deadlines and commitments, to familiarize themselves with this matter and prepare Defendant's response to the Complaint.

A proposed order granting extension of time is filed concurrently herewith.

DATED this 11th day of March, 2025.

                              **SPENCER FANE LLP**

                              */s/ Melinda K. Bowen*
                              Richard A. Van Wagoner
                              R. Scott Young
                              Melinda K. Bowen
                              *Attorneys for Defendant Michael Washburn*

                              **PARR BROWN GEE & LOVELESS**
                              Jonathan O. Hafen
                              Victoria R. Luman
                              Daniel J. Nelson

                              **ZIMMERMAN BOOHER**

                              */s/ LaShel Shaw*
                              LaShel Shaw
                              Caroline A. Olsen
                              *Attorneys for Plaintiff*
                              *(Signature added with permission)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MICHAL WASHBURN TO RESPOND TO THE COMPLAINT** to be electronically filed via the court's CM/ECF system, which will send notification to the following:

Jonathan O. Hafen
Victoria R. Luman
Daniel J. Nelson
PARR BROWN GEE & LOVELESS
101 South, 200 East, Suite 700
Salt Lake City, Utah 84111
jhafen@parrbrown.com
vluman@parrbrown.com
dnelson@parrbrown.com
*Attorneys for Plaintiff*

Adam C. Dunn
DUNN LAW FIRM
110 West Tabernacle
St. George, UT 84770
acdunn@dunnfirm.com
*Attorneys for Defendants Jodi Hildebrandt and Connexions Classroom, LLC*

LaShel Shaw
Caroline A. Olsen
ZIMMERMAN BOOHER
Felt Building
341 South Main Street
Salt Lake City, Utah 84111
lshaw@zbappeals.com
colsen@zbappeals.com
*Attorneys for Plaintiff*

**Via U.S. Mail**
Ruby Franke
262747
UTAH STATE CORRECTIONAL FACILITY
P.O. Box 165300
Salt Lake City, UT 84116
*Pro Se*

      /s/ Stephanie Chavez
      Legal Assistant

3

SLC 7415255.1