Ruby Franke
1480 N 8000 W
SLC, UT. 84116
USCF - 1700
PO Box 96777
Las Vegas, NV 89193

Defendant

---

IN THE UNITED STATES DISTRICT COURT
FOR THE FEDERAL DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL ROBERT TILLEMAN, an individual<br>PLAINTIFF,<br>VS<br>JODI HILDEBRANDT, an individual, RUBY FRANKE, an individual, CONNEXIONS CLASSROOM, LLC, MICHAL WASHBURN, an individual and DOES 1-X, individuals | REPLY AND MOTION<br><br>CIVIL NO: 2:25-CV-00049 |

I, Ruby Franke, am asking for a continuance until I can find proper representation. I reached out to the contract attorneys provided by the prison and was told this matter is beyond their scope of work. Family on the outside is actively reaching out for possible attorneys. I'm involved and eager to move ahead but months, not days, are needed to secure counsel, give him/her time to review the complaint and plan a course of action.

1 of 2

To give an idea of the slow pace I'm confined to, it takes about three weeks for the prison to approve me calling a new phone number. It took two days to secure this white paper.

If the court were not to grant me additional time to answer specifically, I hereby generally deny the allegations of the complaint.

I'm including, again the delay in service at the prison. Please see Exhibit A.

Thank you for the court's consideration.
February 22, 2025

## Certificate of Service

I certify that I filed with the court and am serving a copy of this Proof of Completed Service on the following people.

| Person's Name | Service Method | Service Address | Service Date |
|---|---|---|---|
| Jonathan O Hafen, Victoria R. Luman, Daniel J Nelson | x Mail | 101 S. 200 E Suite 700 SLC, UT 84111 | February 22, 2025 |
| LaShel Shaw, Caroline A. Olsen | x Mail | Felt Building 341 S. Main St. SLC, UT 84111 | February 22, 2025 |
| Karl Michael Tillman | x Mail | 2435 E Silverwood Drive Phoenix, AZ 85048 | February 22, 2025 |

February 22, 2025

Ruby Franke
Ruby Franke

Proof of Completed Service

Exhibit A

**UTAH DEPARTMENT OF CORRECTIONS**

☐ CUCF

**DIVISION OF PRISON OPERATIONS**
**PRIVILEGED MAIL FORM**

No F

(Please print and press hard when filling out form)

Date: 2-19-25   Time: 7:31   Housing Unit: DHS 4108 B

List item(s) confiscated and/or removed from privileged mail. Indicate quantity and dollar value (if money or money instrument).

_____

_____

On the above date and time, __1__ letter(s) from / to UNITED STATES DISTRICT COURT
                                                      Name/Title

DISTRICT OF UTAH 351 SOUTH WEST TEMPLE SLC 84101
                        Return Address

mailed to/from Frankl, Ruby #262747 was opened and inspected in my presence without reading
                Inmate Name and Offender Number

to establish that it was contraband-free and from/to a qualified privilege mail sender/receiver.

_Ruby Frankl_                                          262747
Inmate's Signature                                     Offender Number

_____                                      _____
Mail Handler's Signature                               Staff Witnessing Signature

DISTRIBUTION:                WHITE: DPO Mail Unit              Yellow: Inmate        Revised 2019
UDOCA Entry: Category: Property/Mail   Document Type: Privilege Forms   Subject: Privileged mail form