## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ROBERT TILLEMAN, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>JODI HILDEBRANDT, an individual, RUBY FRANKE, an individual, CONNEXIONS CLASSROOM, LLC, a Utah limited liability company, MICHAL WASHBURN, an individual, and DOES I-X, individuals,<br><br>            Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MICHAL WASHBURN TO RESPOND TO THE COMPLAINT**<br><br><br>Case No. 2:25-cv-00049-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Stipulated Motion for Extension of Time for Defendant Michal Washburn (Defendant) to Respond to the Complaint (Motion) (ECF27), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendant shall have until and including March 28, 2025, to answer or otherwise respond to Plaintiff's Complaint.

DATED this 12 March 2025.

*Cecilia M. Romero*

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah